UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO FLORES-ORVINA,<br><br>Defendant. | Case No. 2:12-cr-00378-MMD-VCF<br><br>AMENDED ORDER |

Defendant requested the Court's intervention to clarify his release date by letter to the Court. (*See* dkt. no. 22.) Defendant thought his release date would be August 10, 2015, but he learned that his release date would be 14 days after his anticipated release date. Defendant informed that his attempts to contact his counsel have been unsuccessful. The Court ordered the government to file a response. (*See* dkt. nos. 23 and 24.) The Court agrees with the government that it does not have jurisdiction to provide Defendant's requested relief – address the Bureau of Prisons' calculation of credit for Defendant's time in custody. Defendant's remedy is to first seek an administrative appeal of the Bureau of Prisons' decision.

DATED THIS 22nd day of May 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE